



FILED by _PG_ D.C.

JAN 3 1 2018

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD

January 30, 2018

**VIA UPS Overnight**

United States District Court
Clerk's Office – Southern District of Florida
400 North Miami Avenue, 8th Floor SOUTH
Miami, FL 33128

           **Re: Doug Longhini v. Suniland Associates, Ltd., et al.**
           **Case No. 18-CV-20163-FAM**

Dear Sir or Madam:

Please be advised that in connection with the above-referenced case, we are in receipt of the Amended Complaint for Case No. 1:18-cv-20163-FAM, in which Suniland Associates, Ltd. is amongst several Defendants, listed as the owner/operator, during the month October 2017, of individual commercial properties, which, combined, make up the commercial property known as "Suniland Center".

We have advised Plaintiff's Counsel, via the enclosed letter and email correspondence, that as evidenced by the Special Warranty Deed, recorded in the Miami-Dade County Official Records Book 30094, Page 2580, Suniland Associates, Ltd., as of May 27, 2016, is not the owner of any property within Suniland Center and therefore is not a proper Defendant in this action.

On January 23, 2018, as evidenced in the attached email correspondence, Plaintiff's Counsel informed the undersigned that Suniland Associates, Ltd. would be dismissed from the action. However, to date, Suniland Associates, Ltd. has not been dismissed and remains a named Defendant.

As such, this letter serves to inform the Court, that based on the attached communications evidencing Plaintiff Counsel's receipt and confirmation to dismiss Suniland Associates, Ltd., Suniland Associates, Ltd. will not be responding to the afore-mentioned Amended Complaint.

Should you have any questions regarding the foregoing, please do not hesitate to contact the undersigned at your convenience.

Sincerely,

Sheri-Gaye Powell ‖ In-House Counsel
Terranova Corporation
As Independent Agent for Landlord
801 Arthur Godfrey Road, Suite 500
Miami Beach, FL 33140
**Tel:** 305.695.8700 **Ext:**177
**Direct Tel:** 305.779.8902
**Email: spowell@terranovacorp.com**

Enclosures

## Sheri-Gaye Powell

| | |
|---|---|
| **From:** | Sheri-Gaye Powell |
| **Sent:** | Tuesday, January 30, 2018 2:42 PM |
| **To:** | 'Anthony J. Perez' |
| **Cc:** | 'Alfredo Garcia-Menocal'; 'Mory Pomares' |
| **Subject:** | RE: Doug Longhini v. Suniland Associates, Ltd., et al |

Good Afternoon Mr. Perez,

I have checked the docket on this matter and Suniland Associates, Ltd. has not yet been dismissed.

As the date to respond to your summons is quickly approaching, please immediately dismiss Suniland Associates, Ltd. or we will be forced to engage outside counsel.

If you do not plan to dismiss Suniland Associates, Ltd. from this action, we asked that you provide us with an extension of time to respond to the Complaint.

Thank you,

Sheri-Gaye Powell || In-House Counsel
Terranova Corporation
801 Arthur Godfrey Road, Suite 500
Miami Beach, FL 33140



**Tel:** 305.695.8700 **Ext:** 177
**Direct Tel:** 305.779.8902
**Email:** spowell@terranovacorp.com
**Site:** www.terranovacorp.com

Be part of the conversation.



**From:** Anthony J. Perez [mailto:ajperezlaw@gmail.com]
**Sent:** Tuesday, January 23, 2018 11:41 AM
**To:** Sheri-Gaye Powell <spowell@terranovacorp.com>
**Cc:** 'Alfredo Garcia-Menocal' <agmlaw@bellsouth.net>; 'Mory Pomares' <mpomares@lawgmp.com>
**Subject:** RE: Doug Longhini v. Suniland Associates, Ltd., et al

Good morning Ms. Powell,

We will file a dismissal as to your client.  Thanks you for the correspondence.

Best regards,

Anthony J. Pérez
Attorney at Law

Law Office of Garcia-Menocal & Pérez, P.L.
Marina Lakes, Unit 3
4937 SW 74th Court
Miami, Florida 33155
Tele: 305.553.3464
Cell: 786.473.8793
Fax.: 305.553.3031
ajperez@lawgmp.com
ajperezlaw@gmail.com


** CONFIDENTIALITY NOTICE **
This communication, including any attachments, is from Garcia-Menocal & Perez, P.L., and contains confidential information intended only for the addressee(s). The information contained in this transmission may also be privileged and/or subject to attorney work-product protection, and exempt from disclosure under applicable law. If you are not the intended recipient, any use, dissemination, distribution or copying of this document or its contents is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail immediately and destroy all copies of the original message.

IRS Circular 230 Notice: Federal regulations apply to written communications (including emails) regarding federal tax matters between our firm and our clients. Pursuant to these federal regulations, we inform you that any U.S. federal tax advice in this communication (including any attachments) is not intended or written to be used, and cannot be used, by the addressee or any other person or entity for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.


**From:** Sheri-Gaye Powell [mailto:spowell@terranovacorp.com]
**Sent:** Tuesday, January 23, 2018 11:09 AM
**To:** ajperezlaw@gmail.com
**Cc:** Sheri-Gaye Powell <spowell@terranovacorp.com>
**Subject:** Doug Longhini v. Suniland Associates, Ltd., et al

Good Morning Mr. Perez,

I am following up on the attached correspondence delivered to your office on Friday, January 19, 2018.  As detailed therein, Suniland Associates, Ltd., as of May 2016, was not the owner of any property within Suniland Center.   Please advise as to whether Suniland Associates, Ltd. will be timely dismissed from this action.


Thank you,

Sheri-Gaye Powell || In-House Counsel
Terranova Corporation
801 Arthur Godfrey Road, Suite 500
Miami Beach, FL 33140



**Tel:**  305.695.8700 **Ext:**177
**Direct Tel:**  305.779.8902
**Fax:**  305.672.7800
**Email:**  spowell@terranovacorp.com
**Site:**  www.terranovacorp.com

Be part of the conversation.



https://www.ups.com/uis/create?ActionOriginPair=default_PrintWindowPage&key=label...    1/1



FOLD HERE

**3. GETTING YOUR SHIPMENT TO UPS**

**Customers with a Daily Pickup**
Your driver will pickup your shipment(s) as usual.

**Customers without a Daily Pickup**
Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Find Locations' Quick link at ups.com.
Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.

Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
| THE UPS STORE | MARKS QUALITY CLEANER | THE UPS STORE |
| 3921 ALTON RD | 1745 ALTON RD | 1521 ALTON RD |
| MIAMI BEACH ,FL 33140 | MIAMI BEACH ,FL 33139 | MIAMI BEACH ,FL 33139 |

**2. Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

**1. Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

**UPS Internet Shipping:** View/Print Label