



January 18, 2018

**VIA UPS Overnight**

Anthony J. Perez, Esq.
c/o Garcia-Menocal & Perez, P.L.
Miami, Florida 33155

      **Re: Doug Longhini v. Suniland Associates, Ltd, et. al.**

Dear Mr. Perez:

We are in receipt of the Amended Complaint for Case No. 1:18-cv-20163-FAM, in which Suniland Associates, Ltd. is amongst several Defendants, listed as the owner/operator, during the month October 2017, of individual commercial properties, which, combined, make up the commercial property known as "Suniland Center".

Please be advised that, as evidenced by the attached Special Warranty Deed, recorded in the Miami-Dade County Official Records Book 30094, Page 2580, Suniland Associates, Ltd., as of May 27, 2016, is not the owner of any property within Suniland Center and therefore is not a proper Defendant in this action.

Accordingly, we ask that upon receipt of this letter, you immediately dismiss this action as it pertains to Suniland Associates, Ltd. and provide evidence thereof.

Should you have any questions regarding the foregoing, please do not hesitate to contact me at your convenience.

Sincerely,

Sheri-Gaye Powell ‖ In-House Counsel
Terranova Corporation
As Independent Agent for Suniland Associates, Ltd.
801 Arthur Godfrey Road, Suite 500
Miami Beach, FL 33140

  Tel: 305.695.8700 Ext:177
  Direct Tel: 305.779.8902
  Fax: 305.672.7800
  Email: **spowell@terranovacorp.com**

Enclosure

Miami-Dade Official Records - Print Document

Page 1 of 5

CFN: 20160316995 BOOK 30094 PAGE 2580
DATE:05/31/2016 11:44:37 AM
DEED DOC 399,000.00
SURTAX 299,250.00
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

THIS INSTRUMENT PREPARED BY:

Zena M. Dickstein, P.A.
801 Arthur Godfrey Road
Suite 500A
Miami Beach, FL 33140

Tax Identification Nos. 20-5010-025-0030, 20-5010-025-0040,
20-5010-025-0050, 20-5010-025-0061 and 20-5010-025-0100

## SPECIAL WARRANTY DEED

THIS INDENTURE, made as of this __27__ day of ____May____, 2016, between SUNILAND ASSOCIATES, LTD., a Florida limited partnership, having a mailing address at: c/o Terranova Corporation, 801 Arthur Godfrey Road, Suite 600, Miami Beach, Florida 33140 (hereinafter referred to as "**Grantor**"), and DPF SUNILAND LLC, a Delaware limited liability company (hereinafter referred to as "**Grantee**"), having a mailing address of c/o Dividend Capital Diversified Property Fund Inc., 518 17th Street, 17th Floor, Denver, Colorado 80202.

WITNESSETH, that the said Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration to said Grantor in hand paid by said Grantee, the receipt of which are hereby acknowledged, has granted, bargained, sold, remised, released, conveyed and confirmed to the Grantee the following described land, situate lying and being in the County of Miami-Dade, State of Florida, to wit:

See **Exhibit "A"** attached hereto and made a part hereof (hereinafter referred to as the "**Property**").

Subject to:

1. Taxes for the year 2016 and subsequent years not yet due and payable; and

2. Zoning, subdivision, land use and other laws, regulations or ordinances applicable to the Property without intending to re-impose the same; and

3. Easements, restrictions, covenants, reservations and conditions of record without intending to re-impose the same; and

4. Matters which would be disclosed by a survey of the Property; and

5. Rights of tenant(s) in possession, as tenants only, under lease(s) not recorded in the Public Records of Miami-Dade County, Florida.

AND the Grantor hereby covenants with the Grantee that the Grantor is lawfully seized of the Property in fee simple; that the Grantor has good right and lawful authority to sell and convey

1

010598\0062\14736475.2

https://www2.miami-dadeclerk.com/public-records/PrintDocument.aspx?QS=YaoUfOzxry2... 6/8/2016

CFN: 20160316995 BOOK 30094 PAGE 2581

the Property, that Grantor does hereby fully warrant title to the Property and will defend the same against the lawful claims of all persons claiming by, through or under the Grantor, but against none other.

*Wherever used herein the terms "Grantor" and "Grantee" shall include all parties to this instrument, the singular and plural, the heirs, legal representatives and assigns of individuals, and successors and assigns of corporations and other legal entities, wherever the context so admits or requires.

   IN WITNESS WHEREOF, Grantor has hereunto set Grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in the presence of:

**GRANTOR:**

**SUNILAND ASSOCIATES, LTD.,**

a Florida limited partnership

By: Suniland GP, Inc., a Florida corporation,

Its General Partner

By: _____

Stephen H. Bittel, Vice-President

Print Name: Zena M. Dickstein

Print Name: Erin Able

010598\0062\14736475.2

2

Miami-Dade Official Records - Print Document

Page 3 of 5

CFN: 20160316995 BOOK 30094 PAGE 2582

STATE OF FLORIDA            )
                            ) SS:
COUNTY OF MIAMI-DADE        )

The foregoing instrument was acknowledged before me this 20th day of May, 2016, by Stephen H. Bittel, the Vice-President of Suniland GP, Inc., a Florida corporation, the general partner of Suniland Associates, Ltd., a Florida limited partnership, on behalf of said limited partnership ☒ who is personally known to me, or ☐ who produced the following type of identification _____.

[Notary Seal: MISTY M. POLANCO, Notary Public - State of Florida, Commission # FF 929918, My Comm. Expires Nov 5, 2019, Bonded through National Notary Assn.]

Print Name: Misty M. Polanco
Notary Public State of Florida
Notary Commission No.: FF 929918
My Commission Expires: November 5, 2019

010598\0062\14736475.2

3

CFN: 20160316995 BOOK 30094 PAGE 2583

**Exhibit "A"**

The land referred to herein below is situated in the County of Miami-Dade, State of Florida, and is described as follows:

The Southwesterly 2.51 feet of Lot 3A, all of Lots 4A to 20A, inclusive, the Northeasterly 15.42 feet of the Southeasterly 93.33 feet and the Northeasterly 26.09 feet of the Northwesterly 159.17 feet of Lot 21A all in Block 1, the Southwesterly 2.51 feet of Tract C and all of Tract D, of SUNILAND CENTER THIRD AMENDED PLAT, according to the Plat thereof, as recorded in Plat Book 77, at Page 24, of the Public Records of Miami-Dade County, Florida.

Along with that portion of the 25 foot alley that has been vacated and hereinafter described in that certain Declaration of Restrictions dated October 20, 1997 and filed November 19, 1997, in Official Records Book 17875, at Page 661, of the Public Records of Miami-Dade County, Florida. (97R 530182).

Lying between the Tracts and the Lots, as shown on the aforesaid Plat of SUNILAND CENTER THIRD AMENDED PLAT, and more particularly described as follows:

Commence at the most Southeasterly corner of Tract E, permanent reference monument (P.R.M.) as shown on SUNILAND CENTER THIRD AMENDED PLAT, all in Block 1, as recorded in Plat Book 77, at Page 24, in the Public Records of Miami-Dade County, Florida; thence run North 24°52'55" East, a distance of 209.58 feet to the Northeast corner of Tract E; thence run North 65°07'05" West a distance of 77.50 feet to the Northwest corner of Tract E and also the Southwest corner of Tract D, and the POINT OF BEGINNING (P.O.B.) of the portion of the alley on aforesaid Plat that has been vacated, continue on the aforesaid bearing for a distance of 25.00 feet to a point on the Westerly boundary line of the alley and a point that is 34.58 feet North of the Southeast corner of Lot 21A in Block 1 of the aforesaid Plat; thence run North 24°52'55" East along the Westerly boundary line of the alley, as shown on the aforesaid Plat, a distance of 867.84 feet measured (867.93 feet Plat); thence run North 65°07'05" East a distance of 25.00 feet to a point on the Easterly boundary line of the aforesaid alley; thence run South 24°52'55" West a distance of 867.82 feet measured (867.93 feet Plat) along the Easterly boundary line of the aforesaid alley to the POINT OF BEGINNING (P.O.B.)

Also described as:

Point of commencement is the Northeast (NE) corner of the Southeast (SE 1/4) One Quarter in Section 10, Township 55 South, Range 40 East; thence West a distance of 1,227.56 feet to a point, which is the centerline of S.W. 81st Road as it intersects with S.W. 112th Street (Killian Drive) as recorded in Plat Book 77, at Page 24, of the Public Records of Miami-Dade County, Florida; thence South 13°18'45" West, along the centerline of S.W. 81st Road, a distance of 199.50 feet to a point; thence South 24°52'55" West a distance of 204.11 feet to a point; thence North 65° 07'05" West a distance of 25.00 feet to a point on the Westerly right-of-way line of S.W. 81st road and the POINT OF BEGINNING P.O.B.); thence continue on the aforesaid course for a distance of 355.00 feet to a point on the Easterly right-of-way line of U.S. Highway No. 1, as shown in the aforesaid Plat Book 71, at Page 24; thence South 24°52'55" West for a distance of 878.60 feet to a point, which is 23.91 feet Northerly of a permanent reference monument (P.R.M.) as shown in the aforesaid Plat; thence at right angle to the last described line run South 65°07'05" East for a distance of 159.17 feet to a point; thence at right angle to the last described line run North 24°52'55" East for a distance of 10.67 feet more or less, to a point on the face of the Southerly wall of the SUNILAND SHOPPING CENTER; thence at a right angle to the last described line run South 65°07'05" East a distance of 195.83 feet to a point, which is the Northeast corner of Tract E and the SE corner of Tract D, as described in the aforesaid Plat; thence North 24°52'55" East along the Easterly line of Tract D, as described in the aforesaid Plat, for a distance of 867.93 feet, which is 2.51 feet Northerly of the Northeast corner of Tract D and 2.51 feet into Tract C, both tracts as described in the aforesaid Plat Book 77, at Page 24, to the POINT OF BEGINNING.

4

CFN: 20160316995 BOOK 30094 PAGE 2584

Together with those certain Non-Exclusive Easements for ingress, egress and parking purpose over those lands set forth in those instruments recorded in Deed Book 4198, Page 44; Official Records Book 2728, Page 626 and Official Records Book 13333, page 1714, all of the Public Records of Miami-Dade County, Florida.

010598\0062\14736475.2

5

**UPS Internet Shipping: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com.
   Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
   Hand the package to any UPS driver in your area.

| | | |
|---|---|---|
| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
| THE UPS STORE | MARK'S QUALITY CLEANER | THE UPS STORE |
| 3921 ALTON RD | 1745 ALTON RD | 1521 ALTON RD |
| MIAMI BEACH ,FL 33140 | MIAMI BEACH ,FL 33139 | MIAMI BEACH ,FL 33139 |

FOLD HERE

SHERI-GAYE POWELL, ESQ. 0.5 LBS LTR 1 OF 1
3056958700
TERRANOVA CORPORATION
801 ARTHUR GODFREY RD, SUITE 5
MIAMI BEACH FL 33140

**SHIP TO:**
CLERKS OFFICE SOUTHERN DISTRICT
(305) 523-5100
UNITED STATES DISTRICT COURT
8TH FLOOR SOUTH
400 NORTH MIAMI AVENUE
**MIAMI FL 33128-1801**

**FL 330 9-03**

UPS NEXT DAY AIR

TRACKING #: 1Z [illegible]

BILLING: P/P

UIS 20.0.27. WNTNV50 97.0A 01/2018