**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DOUG LONGHINI,                                          CASE:  1:18-cv-20163-Scola

    Plaintiff,

v.

AG INVESTMENT FL, LLC, 11211 S. DIXIE
HIGHWAY, LLC, SUNILAND ASSOCIATES,
LTD., DPF SUNILAND LLC, PENN SUNILAND,
LLC, WALGREEN CO., SUSHI ROCK LLC,
HOLIDAY CVS, L.L.C., WAGONS WEST,
INC., ELBARDI GK SM, LLC, GREEN APPLE
VENTURES LLC, THE CHEESE COURSE, LLC,
CK AT PINECREST, LLC, and THE CHEESE COURSE,
INC.,

    Defendants.
_____/

## MOTION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT, SUNILAND ASSOCIATES, LTD.

Plaintiff, Doug Longhini moves for Dismissal without Prejudice as to Defendant, SUNILAND ASSOCIATES, LTD., and in support thereof state, as follows:

1. Plaintiff has been made aware that Defendant, SUNILAND ASSOCIATES, LTD, is not the owner of the subject restaurant property. Plaintiff requests that the Court enter an Order of Dismissal without Prejudice as to Defendant, SUNILAND ASSOCIATES, LTD.

2. The Court shall retain jurisdiction of the above-styled cause with regard to the remaining parties.

Plaintiff, pursuant to the Federal Rules of Civil Procedure, hereby moves to dismiss without prejudice as to Defendant, SUNILAND ASSOCIATES, LTD.

## CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.1

Pursuant to Fla. L. R. 7.1(a)(3)(A), the undersigned counsel certifies that he has conferred with the principal of Defendant, SUNILAND ASSOCIATES, LTD. and that Defendant is not opposing the relief sought in this Motion.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:   ajperezlaw@gmail.com
Secondary E-Mail: agmlaw@bellsouth.net

By: ___/s/_Anthony J. Perez_____
ANTHONY J. PEREZ
Florida Bar No.: 535451
ALFREDO GARCIA-MENOCAL
Florida Bar No.: 533610

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 1st, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF to all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:   ajperez@gmplaw.com
Secondary E-Mail: ajperezlaw@gmail.com

By: ___/s/_Anthony J. Perez_____
ANTHONY J. PEREZ
Florida Bar No.: 535451
ALFREDO GARCIA-MENOCAL
Florida Bar No.: 533610